AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Wisconsin

| | |
|---|---|
| Wisconsin Laborers Pension Fund, et al.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Card Construction, LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  26-cv-310

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Card Construction, LLC
c/o Corporate Service Center, Inc., Registered Agent
2300 Riverside Drive
Green Bay, Wisconsin 54301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Alex J. Sterling
The Previant Law Firm, S.C.
310 W. Wisconsin Avenue, Suite 100MW
Milwaukee, WI 53203


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____

_____

*Signature of Clerk or Deputy Clerk*