**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

**WISCONSIN LABORERS' PENSION FUND,**
**WISCONSIN LABORERS' HEALTH FUND,**
**WISCONSIN LABORERS' APPRENTICESHIP AND TRAINING FUND, and**
**KENT MILLER (in his capacity as Trustee),**

**WISCONSIN LABORERS-EMPLOYERS COOPERATION AND EDUCATION TRUST FUND,**

**Plaintiffs,**

**v.** **Case No. 26-cv-310**

**CARD CONSTRUCTION, LLC,**

**Defendant.**

---

**ORDER AND ENTRY OF INJUNCTIVE RELIEF**

---

On Plaintiffs' motion for injunctive relief in the above-captioned matter, the court orders as follows:

1. Defendant Card Construction LLC has failed to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(a).

2. Defendant Card Construction LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to Plaintiff Funds and by failing to submit to an audit of the company's books and records by Plaintiff Funds' designated representative covering the period of August 5, 2025 to the present date.

3. Plaintiff Funds must conduct an audit of Defendant's payroll records to liquidate its claims and proceed to judgment.

**ORDER**

**IT IS ORDERED THAT:**

1. That Defendant Card Construction LLC shall submit within fourteen (14) days of the date of this Order to an audit of the company's books and records by Plaintiff Funds' designated representative covering the period August 5, 2025 to the present date.

2. Plaintiffs may submit a motion for default judgment within thirty (30) days of completion of the audit, at which point the court will hold a hearing on the motion and, as appropriate, enter judgment in favor of Plaintiffs to include all contributions, interest and liquidated damages due to Plaintiffs as reported by the auditor, along with Plaintiffs' costs and attorney's fees.

Entered this 20th day of October, 2026.

BY THE COURT:

WILLIAM M. CONLEY
District Judge